UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN A. FERRANTO,

                              Plaintiff(s)

      -against-

DIANNE Y. TIONGSON-ATIENZA and LIBERTY
HARLEY-DAVIDSON, L.L.C. a/k/a LIBERTY
HARLEY-DAVIDSON/BUELL,

                              Defendant(s)
------------------------------------------------------------------------x

Index No. 07 CIV 5986

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LIBERTY HARLEY-DAVIDSON/BUELL, L.L.C. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Date: September 6, 2007

                                                     Patrick J. Fogarty  (3307)