| FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05) | Case Number 07-19914-DHS |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT of District of New Jersey

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/16/07.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Alden Carl Atienza<br>aka Carl Atienza<br>112 Mill Street, Unit 6F<br>Belleville, NJ 07109 | Dianne Yu Atienza<br>aka Dianne Tiongson-Atienza, aka Dianne Tiongson<br>112 Mill Street, Unit 6F<br>Belleville, NJ 07109 |
| Social Security Number(s)/Taxpayer ID(s):<br>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 (Alden Carl Atienza)<br>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 (Dianne Yu Atienza) | United States Bankruptcy Judge:<br>Honorable Donald H. Steckroth |
| Attorney for Debtor(s) (name and address):<br>Richard Obuch<br>Richard Obuch, Esq.<br>1460 Morris Avenue<br>Suite 1B<br>Union, NJ 07083-3337<br>Telephone number: (908) 624-1788 | Trustee:<br>Daniel J Yablonsky<br>1430 Route 23 North<br>Wayne, NJ 07470<br>Telephone number: (973) 686-3800<br>The United States Trustee, Region 3 appoints the above-named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:
Date: August 9, 2007   Time: 09:30 AM
Location: Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102-5504

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
10/9/07

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number: 973-645-4764 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM - 4:00 p.m., Monday - Friday (except holidays) | Date: 7/18/07 |

2798

OCT-01-2007  13:34                    845 230 7918                   95%                P.03

*Docket in 07CV5986 (CLB) as Suggestion of Bankruptcy of Dianne Thompson-Atienza / CLB/USDJ October 2, 2007*