**MEMO ENDORSED**



# SAYEGH LAW

THE LAW FIRM OF WILLIAM G. SAYEGH, P.C.

The Sayegh Building
65 Gleneida Avenue
Carmel, New York 10512
845-228-4200   sayeghlaw.com

William G. Sayegh
Andrew W. Humphreys
Robert A. Weis
Giuseppina R. Lita
Robert A. Cinque
Kenneth S. Rones
Debora J. Dillon
Clarissa E. Harrell
S. Barrett Hickman,
retired Justice of the Supreme
Court of the State of New York

*Admitted in Florida
† Florida Office
** Of Counsel

Regina Shaw Al.,
Executive Administrator

October 1, 2007

BY FACSIMILE (914-390-4085)
AND FIRST CLASS MAIL

The Hon. Charles L. Brieant, USDJ
United States Courthouse
300 Quarropas Street - Room 275
White Plains, New York 10601

      Re:    Ferranto v. Tiongson-Atienza, et. ano.
             Docket No.: 07 cv 5986 (CLB)

Honorable Sir:

    This firm represents plaintiff, John A. Ferranto, in the above-referenced action. We recently received notification that this action was reassigned to Your Honor.

    I am writing to respectfully advise the Court that defendant Dianne Y. Tiongson-Atienza has not appeared or answered in this action, and that very shortly after commencement of this action and service upon her of Notice of the lawsuit and Request For Waiver of Service of Summons, she filed a Chapter 7 bankruptcy petition in the District of New Jersey. A copy of the notice received by Mr. Ferranto from the Bankruptcy Court is annexed hereto, for the Court's reference.

    Our client is presently considering his options with respect to defendant Tiongson-Atienza's bankruptcy.

    Would Your Honor kindly advise as to whether this office and counsel for defendant Liberty Harley-Davidson/Buell, which has appeared and answered, and is represented by Fogarty, Felicione & Duffy, P.C., should nonetheless appear for the Initial Case Management Conference on October 12, 2007?

    Thank you for your attention herein and consideration hereof.

Very truly yours,

*Debora Dillon*

Debora J. Dillon
The Law Firm of William G. Sayegh, P.C.

DJD/pah
Enc.
cc:   Fogarty, Felicione & Duffy, P.C. (by fax)

---

Handwritten endorsement (margin):

Plaintiff shall within ten (10) days either discontinue this action without prejudice and pursue the claim in the Bankruptcy Court, or file a motion in this Court for relief from the Stay in the Bankruptcy Court so as to pursue the claim in this Court. Copy of a memorandum to be served on this Court and Bankruptcy Court 7/2/w

SO ORDERED
October 3, 2007
[signature]
USDJ