UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
JOHN A. FERRANTO,

                Plaintiff,              Docket No.: 07 CIV 5986

   -against-                **NOTICE OF**
                                                               **APPEARANCE**

DIANNE Y. TIONGSON-ATIENZA and
LIBERTY HARLEY-DAVIDSON, LLC
a/k/a LIBERTY HARLEY DAVIDSON/BUELL,

                Defendants.
———————————————————————X

    PLEASE TAKE NOTICE that defendant, DIANNE Y. TIONGSON-ATIENZA hereby appear in the above entitled action, and that the undersigned has been retained as attorney for said defendant, DIANNE Y. TIONGSON-ATIENZA, and demands that all other papers in this action be served upon the undersigned at the office and post office address stated below, and via email at DSTEWART@WFF-LAW.COM.

Dated: New York, New York
       December 4, 2007

                                            Yours, etc.,

                                            WHITE FLEISCHNER & FINO, LLP

                                            By: _____
                                            DANIEL M. STEWART (DS 7989)
                                            Attorneys for Defendant
                                            DIANNE Y. TIONGSON-ATIENZA
                                            61 Broadway - 18th Floor
                                            New York, New York 10006
                                            (212) 487-9700
                                            Our File No.: 117-12900-D-PAF/DMS

TO:    (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on December 4, 2007, deponent served the within **NOTICE OF APPEARANCE,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Debora J. Dillon, Esq.
The Law Firm of William G. Sayegh, P.C.
Attorneys for Plaintiff
65 Gleneida Avenue
Carmel, New York 10512
(845) 228-4200

Patrick J. Fogarty, Esq.
Fogarty, Felicione & Duffy, P.C.
Attorneys for Defendant
Liberty Harley-Davidson, LLC
185 Willis Avenue
Mineola, New York 11501
(516) 747-7500

_____
Wendy Jantz

Sworn to before me this
4th day of December, 2007

_____
DANIEL M. STEWART
Notary Public, State of New York
No. 02ST5078049
Qualified in New York County
Commission Expires May 19, 20_11_

*Index No.* 07 CIV 5986                                              Year
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. FERRANTO,

                Plaintiff,

  -against-

DIANNE Y. TIONGSON-ATIENZA and
LIBERTY HARLEY-DAVIDSON, LLC
a/k/a LIBERTY HARLEY DAVIDSON/BUELL,

                Defendants.

---

### NOTICE OF APPEARANCE

---

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for Defendant, DIANNE Y. TIONGSON-ATIENZA*
**61 BROADWAY
NEW YORK, N.Y. 10006
(212) 487-9700**

---

To:
*Attorney(s) for*

---

Service of a copy of the within     is hereby admitted.
Dated:

                                            ..........................
                                            *Attorney(s) for*

---

PLEASE TAKE NOTICE

☐   that the within is a (certified) true copy of a
      entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐   that an Order of which the within is a true copy will be presented for settlement to the Hon.
      one of the judges of the within named Court, at , on , at  .
NOTICE OF
SETTLEMENT

Dated:

                                              **WHITE FLEISCHNER & FINO, LLP**
                          *Attorneys for*

                                              **61 BROADWAY
NEW YORK, N.Y. 10006**