# FOGARTY, FELICIONE & DUFFY, P.C.

ATTORNEYS AT LAW
195 WILLIS AVENUE, SUITE 2
MINEOLA, NEW YORK 11501-2674

(516) 747-7500
FAX (516) 747-7543

PATRICK J. FOGARTY
PAUL FELICIONE
GARRETT DUFFY

TAX ID# 11-2588864
E-MAIL: fogartylaw@verizon.net
www.fogartylaw.net

December 6, 2007

By Fax: 914-390-4085
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Ferranto v. Dianne Y. Tiongson-Atienz, et al.
Docket No. 07 CIV 5986 (SCR)

Dear Hon. Judge Brieant:

This will confirm that the conference in the above matter has been adjourned form December 7, 2007 to December 14, 2007 at 9:00 am, on the consent of all parties, with the permission of the Court.

Thank you for your consideration.

Very truly yours,

FOGARTY, FELICIONE & DUFFY, P.C.

Garrett Duffy

cc by fax: Debra Dillon, Esq.
Daniel Stewart, Esq.

GD/ba