UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
JOHN A. FERRANTO,

               Plaintiff,               Docket No.: 07 CIV 5986

    -against-               **NOTICE OF CHANGE OF ADDRESS**

DIANNE Y. TIONGSON-ATIENZA and
LIBERTY HARLEY-DAVIDSON, LLC
a/k/a LIBERTY HARLEY DAVIDSON/BUELL,

               Defendants.
————————————————————————X

Please be advised, that the office address of the undersigned has changed:

    White Fleischner & Fino, LLP
    61 Broadway – 18th Floor
    New York, New York 10006
    (212) 487-9700
    dstewart@wff-law.com

Dated: New York, New York
       December 20, 2007

                                        Yours, etc.,

                                        WHITE FLEISCHNER & FINO, LLP

                                        By: _____
                                           DANIEL M. STEWART (DS 7989)
                                        Attorneys for Defendant
                                        DIANNE Y. TIONGSON-ATIENZA
                                        61 Broadway, 18th Floor
                                        New York, New York 10006
                                        (212) 487-9700
                                        Our File No.: 117-12900-D-PAF/DMS

TO:    (See Attached Affidavit)

Case 7:07-cv-05986-CLB-MHD    Document 16    Filed 12/20/2007    Page 1 of 3

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on December 20, 2007, deponent served the within **NOTICE OF CHANGE OF ADDRESS,** upon the attorneys and parties listed below by **Electronic Filing**:

TO:

Debora J. Dillon, Esq.
The Law Firm of William G. Sayegh, P.C.
Attorneys for Plaintiff
65 Gleneida Avenue
Carmel, New York 10512
(845) 228-4200

Patrick J. Fogarty, Esq.
Fogarty, Felicione & Duffy, P.C.
Attorneys for Defendant
Liberty Harley-Davidson, LLC
185 Willis Avenue
Mineola, New York 11501
(516) 747-7500

_____
Wendy Jantz

Sworn to before me this
20th day of December, 2007

_____
DANIEL M. STEWART
Notary Public, State of New York
No. 02ST5078049
Qualified in New York County
Commission Expires May 19, 2011

*Index No.* 07 CIV 5986                                      Year
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. FERRANTO,

                Plaintiff,

     -against-

DIANNE Y. TIONGSON-ATIENZA and
LIBERTY HARLEY-DAVIDSON, LLC
a/k/a LIBERTY HARLEY DAVIDSON/BUELL,

                Defendants.

---

### NOTICE OF CHANGE OF ADDRESS

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for Defendant, DIANNE Y. TIONGSON-ATIENZA*
**61 BROADWAY**
**NEW YORK, N.Y. 10006**
**(212) 487-9700**

---

To:
Attorney(s) for

Service of a copy of the within          is hereby admitted.
Dated:

                                 ..........................
                                 Attorney(s) for

---

PLEASE TAKE NOTICE

☐   that the within is a (certified) true copy of a
     entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐   that an Order of which the within is a true copy will be presented for settlement to the Hon.
     one of the judges of the within named Court, at , on , at .
NOTICE OF
SETTLEMENT

Dated:

                                            **WHITE FLEISCHNER & FINO, LLP**
                         Attorneys for
                                             **61 BROADWAY**
                                             **NEW YORK, N.Y. 10006**