**WHITE FLEISCHNER & FINO, LLP**

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

February 14, 2008

**Via Facsimile Only (914) 390-4085**

Hon. Charles L. Brieant, U.S.D.J.
United States Courthouse
300 Quarropas Street   Room 275
White Plains, New York  10601

Re:   Ferranto v. Tiongson-Atienza and Liberty Harley-Davidson
      Docket No.: 07 CIV 5986 (CLB)(MDF)
      DOL: May 27, 2006
      Our File No.: 117-12900-D-PAF/DMS

Dear Judge Brieant:

My office represents defendant Dianne Tiongson-Atienza in the above-referenced case.

According to the discovery schedule so-ordered by Your Honor, depositions of the parties are to be completed by February 29, 2008. However, the case was referred to court-annexed mediation, which is scheduled for March 10, 2008. All parties conferred, and would prefer to avoid the time and expense of depositions if the case can be settled on March 10.

If it is acceptable to the Court, the parties seek to adjourn depositions until after the mediation has taken place. Assuming the March 10 mediation is not successful, the parties have agreed to conduct depositions on March 11 and 12.

We await your advices. Thank you for your consideration.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Daniel M. Stewart
dstewart@wff-law.com

DMS/wj

cc: **(by facsimile only)**

[Handwritten memo endorsement: "MEMO ENDORSED — Application granted. So Ordered. 2/14/08 — USDJ"]

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND