UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN A. FERRANTO,

                     Plaintiff,

    -against-

DIANNE Y. TIONGSON-ATIENZA and
LIBERTY HARLEY-DAVIDSON, L.L.C.
a/k/a LIBERTY HARLEY-DAVIDSON/BUELL,

                     Defendants.
------------------------------------------------------------X

Docket No.:
07 CIV 5986(CLB)

THE PARTIES ARE IN MEDIATION AT THIS TIME IN ROOM 218 AND HAVE MADE PROGRESS BUT ARE NOT PREPARED TO FINALIZE ~~PLAINTIFF'S MEDIATION SUBMISSION~~ THIS MATTER AND ARE REQUESTING A 30 DAY ADJOURNMENT OF THE DEPOSITIONS IN THIS MATTER TO ALLOW FOR THE FINALIZATION OF NEGOTIATIONS. THE PARTIES WILL BE ABLE TO COMPLETE DISCOVERY WITHIN THE COURT ORDERED DEADLINE OF JUNE 13, 2008. A FURTHER MEDIATION SESSION IS SCHEDULED FOR 3/24/08 AT 2PM.

                    Respectfully Submitted By:
                    ATTORNEYS FOR THE PLAINTIFF
                    The Law Firm of William G. Sayegh, P.C.
                    65 Gleneida Avenue
                    Carmel, New York 10512
                    (845) 228-4200